IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DENNIS VAN JENKINS                                                                                    PETITIONER
ADC #108972

v.                                          4:18CV00103-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED and the requested relief is DENIED.

2. For the reasons stated in the Recommended Disposition, a certificate of appealability will not be issued.

Dated this 7th day of June, 2018.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1